**Frederic Clay BARTLETT v. COMMISSION-ER OF INTERNAL REVENUE.**

No. 4900.

Circuit Court of Appeals, Seventh Circuit.

Nov. 2, 1933.

J. F. Dammann, of Chicago, Ill., for petitioner.

Sewall Key, of Washington, D. C., for respondent.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is now here ordered and adjudged by this court that the petition for review of the decision of the United States Board of Tax Appeals, entered on July 16, 1932, in this cause be, and the same is hereby, dismissed.

---

**B. C. GEORGE & COMPANY v. HARNISCH-FEGER SALES CORPORATION.**

No. 6283.

Circuit Court of Appeals, Sixth Circuit.

June 6, 1933.

Edgar Webster, of Memphis, Tenn., for cross-appellant.

John W. Palmer, of Memphis, Tenn., and A. W. Coppin, of Milwaukee, Wis., for cross-appellee.

PER CURIAM.

Judgment of District Court affirmed.

---

**Leslie BEARD, Appellant, v. A. C. ADER-HOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 7000.

Circuit Court of Appeals, Fifth Circuit.

Oct. 13, 1933.

Leslie Beard, in pro. per.

H. T. Nichols, Asst. U. S. Atty., of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and HUTCH-ESON, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

---

**William BELL v. F. G. ZERBST, Warden.**

No. 957.

Circuit Court of Appeals, Tenth Circuit.

Sept. 19, 1933.

John C. Waters, of Topeka, Kan., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed, for want of merit.